# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| CASSIE SUE STEWARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOCIAL SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) | Civil No. 1:14-cv-00157 <br> Judge Trauger |

## ORDER

On January 28, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED for failure to prosecute and for failure to comply with court orders.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 23rd day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge